169 F.3d 666
 99 Cal. Daily Op. Serv. 1851, 1999 Daily
Journal D.A.R. 2397
Brian Louis DELANGE, Plaintiff-Appellant,
v.
DUTRA CONSTRUCTION CO., INC., In Personam; Chromalloy
American Corporation, In Personam; Janet C, O.N., the tug,
her equipment, and appurtenances; In Rem; Doe Pontoon
Barge, her equipment, and appurtenances; In Rem,
Defendants-Appellees.
 No. 96-17270.
 United States Court of Appeals,
Ninth Circuit.
 March 15, 1999.
 
 Before: BROWNING, BRUNETTI, and RYMER, Circuit Judges.
 
 ORDER
 
 1
 Plaintiff-Appellant's Petition for Rehearing is granted. The opinion filed September 1, 1998, 153 F.3d 1055, is withdrawn.